PEEBLES, EXR., APPELLANT, *v.* OWNERS INSURANCE COMPANY, APPELLEE.

[Cite as *Peebles v. Owners Ins. Co.*, 98 Ohio St.3d 1202, 2002-Ohio-7022.]

*Insurance — Motor vehicles — Uninsured/underinsured motorist coverage — Homeowner's insurance policy — Residence-employee exception — Appeal dismissed as improvidently allowed.*

(No. 2002-0788 — Submitted December 4, 2002 — Decided December 23, 2002.)

APPEAL from the Court of Appeals for Fulton County, No. F-01-022, 2002-Ohio-1518.

_____

{¶1} Although this cause was accepted for review and held for the decision in *Lemm v. The Hartford*, submitted with *Hillyer v. State Farm Fire & Cas. Co.*, 97 Ohio St.3d 411, 2002-Ohio-6662, 780 N.E.2d 262, *Lemm* does not apply. This cause is therefore dismissed as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____

Boss & Vitou Co., L.P.A., and Mark F. Vitou, for appellant.

Jones & Bahret Co., L.P.A., and Robert J. Bahret, for appellee.

_____